M. P. No. 79-274. MAYER LEVITT *v.* MARY JANE O'NEILL. The petitioner's motion for stay of the Superior Court judg-

ment is granted pending a determination by this court on the petition for writ of certiorari.

Mr. Justice Weisberger did not participate. *Paul V. Curcio*, for plaintiff, *Amato DeLuca, Ronald Glantz*, for respondent.